UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LAALAAI TINOISAMOA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WESTLAKE PORTFOLIO MANAGEMENT, LLC., <br><br> Defendant. | § § § § § § § § § § § § § | EP-21-CV-00281-FM |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal" ("Stipulation") [ECF No. 11], filed January 31, 2022 by Plaintiff Laalaai Tinoisamoa and Defendant Westlake Portfolio Management, LLC (collectively, "Parties"). Therein, the Parties stipulate to the dismissal of this cause "with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members."[1]

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) states "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys.[3] Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that Plaintiff's individual claims are **DISMISSED WITH PREJUDICE.**

---

[1] "Joint Stipulation of Dismissal" ("Stip.") 1, ECF No. 11, filed Jan. 31, 2022.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] Stip. at 2.

1

2. It is **FURTHER ORDERED** that all putative class members' claims are **DISMISSED WITHOUT PREJUDICE.**

3. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

4. The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

**SIGNED AND ENTERED** this ⸺ day of **February 2022**.

*[signature]*

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**